# **EXHIBIT D**

EXHIBIT D



5200 S. Highland Dr., Suite 201, Salt Lake City, UT 84117
Telephone: (801) 273-5700 Fax: (801) 880-8883

**Statement of Verification**
July 28, 2011

This document certifies that the following document(s): **Notice of Appeal, Transcript of Oral Hearing, Verdict,** and **Exhibit 17** has been translated for:

Jason Booth
BOOTH SWEET
32R Essex Street, Suite 1A
Cambridge, MA 02139

Furthermore, the said document(s) have been translated from **German** to **English** and have been translated correctly and accurately to the best of our (Verbatim Solutions, LLC) knowledge by a certified, native speaking **German** translator.

*J. Walsh*
Jeff Walsh
Account Manager

---

Forms of Acknowledgment (3)
**Person Acknowledging Instrument Unknown to
Notary But Proved to be Signer by Satisfactory Evidence**

State of Utah                    )
                                 §
County of _Salt Lake_            )

On this _28th_ day of _July_, 20_11_, personally appeared before me, _Jeff Walsh_, proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is (are) subscribed to this instrument, and acknowledged that he (she) (they) executed the same.

S
E
A        THOMAS F. SEAL                    Notary Public
L        Notary Public, State of Utah
         Commission # 600770               My Commission Expires _Sept. 8, 2014_
         My Commission Expires
         September 08, 2014

Exhibit D - 1