# EXHIBIT E

EXHIBIT E

Case 8:14-cv-00874-CEH-AEP   Document 8-8   Filed 06/25/14   Page 2 of 3 PageID 129
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 27 of 270
Case 1:10-cv-12043-GAO   Document 55-3   Filed 06/13/11   Page 1 of 2

**Susanne Preuss**                                                                                       Anlage AG 12

**Von:** Philipp Brandt [brandt@bb-legal.de]
**Gesendet:** Donnerstag, 14. April 2011 11:33
**An:** Susanne Preuß
**Betreff:** Fwd: Copyright infringements - cooperation with your law office(s) in Asia


Anfang der weitergeleiteten E-Mail:

> **Von:** "Achache,Patrick" <patrick.achache@guardaley.com>
> **Datum:** 10. Dezember 2008 12:59:04 MEZ
> **An:** brandt@bb-legal.de
> **Betreff: Copyright infringements - cooperation with your law office(s) in Asia**
> **Antwort an:** patrick.achache@guardaley.com
>
> Dear Mr.Brandt,
>
> as spoken on the phone, I send you my questions regarding fighting copyright infringements on the basis of internet technologies.
> We are a company based in the UK and Germany specialised in producing forensic technical evidence for criminal and civil rights proceedings.
>
> We are searching for a strong partner allowing us to claim damages from several hundred infringers to stop them to spread our client's product in Asia especially India, Thailand and China.
>
> In regard to that we kindly ask you to have a look on the following questions:
>
> What circumstances allow us to request contact details for infringers under the specific laws?
> Are these for example depending on the number of files shared or the period the user stayed online and provided the data?
> Are there infringements which weighten heavyer than others e.g. adult content or sofware which is not even released?
> Does one have to initiate a criminal law case first?
> Are there already similar cases in India? Judgements?
> Do the Internet service providers demand money for the addresses of infringers?
> Do we need a special indian expert opinion for our monitoring software to obtain the data?
>
> ==We feature a software for managing that amount of adress requests and claims, if you need support to handle the huge amount of data.==
> ==It would be free for the law offices and is developed to guarantee a perfect workflow between GuardaLey as the data provider and the law offices as acting partner.==
>
> I am looking forward to your answers, many thanks in advance
>
> Regards
> Patrick Achache
>
> PS: Would you mind to confirm the receipt of this email?
>
> --

1

Exhibit E - 1

Case 8:14-cv-00874-CEH-AEP   Document 8-8   Filed 06/25/14   Page 3 of 3 PageID 130
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 28 of 270
Case 1:10-cv-12043-GAO   Document 55-3   Filed 06/13/11   Page 2 of 2

Patrick Achache
IP Department
Guardaley Ltd.
Telefon (direkt) +49 (0)176/24791824
mailto:patrick.achache@guardaley.com

GuardaLey Ltd: Geschäftsführer: Ben Perino; Reading(UK) and Karlsruhe(D); Company No. 06576149;