# EXHIBIT H

EXHIBIT H

Case 8:14-cv-00874-CEH-AEP   Document 8-11   Filed 06/25/14   Page 2 of 8 PageID 174
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 72 of 270
Case 1:10-cv-12043-GAO   Document 55-11   Filed 06/13/11   Page 1 of 7



# Facts on the Cease and Desist Letter "Antichrist," BaumgartenBrandt to ipoque, 11/18/2009

# CONFIDENTIAL
# January, 2011

Case 8:14-cv-00874-CEH-AEP   Document 8-11   Filed 06/25/14   Page 3 of 8 PageID 175
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 73 of 270
Case 1:10-cv-12043-GAO   Document 55-11   Filed 06/13/11   Page 2 of 7

# ipoque received a cease and desist letter for "Antichrist," which was in test screening

## Facts about the Cease and Desist Letter

**Recipient of Letter: ipoque GmbH, Mozartstr. 3, 04107 Leipzig**

**Issuer: BaumgartenBrandt, Attorneys at Law, Berlin**
Note: "Independent Security Provider" is Guardaley.

**Client: Zentropa Entertainments23 ApS**

**Work: Film "Antichrist"**

**Date, Time: 1/18/2009, 01:03:25 CET**

**IP Address: 79.222.120.152**
Note: At the time in question, a test screening with this film was running at ipoque for a third-party order. It was our IP address. It is a file in the BitTorrent Network (this information is not in the cease and desist letter).

**Accusation: Offer to Download the Film by Release on the Hard Drive**

**Total Amount: 1,200.00 Euros**

**Deadline: 5/18/2010**

Case 8:14-cv-00874-CEH-AEP   Document 8-11   Filed 06/25/14   Page 4 of 8 PageID 176
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 74 of 270
Case 1:10-cv-12043-GAO   Document 55-11   Filed 06/13/11   Page 3 of 7

# The case is completely recorded and reproducible

## Facts about the Cease and Desist Letter

**The case was able to be completely reproduced.**

This test screening was running on the PFS (Peer-to-Peer Forensic System), that ipoque itself uses for investigations of copyright infringements in Peer-to-Peer networks. As a result, we recorded and saved the entire traffic recordings; the case can thus be completely reproduced and demonstrated at any time.

**We identified the other client (Guardaley)**

The opposing investigators had the IP address 78.43.254.8 at the time in question. According to GoIP information, it is Baden-Würtenberg Cable, Karsruhe. In the period from 21:00 on 11/17/2009 to 02:00 on 11/18/2009, there were five different client hashes behind this IP address—one per file requested. At that time, we inquired about these files for Antichrist. This information is not in the cease and desist letter. We analyzed them from our investigation data bank:

| | |
|---|---|
| ClientHash: | 2D5554313831302D36D33E2627698192889A38D1 |
| human readable: | -UT1810-66%3E%26%27i%81%92%88%9A8SI |
| program and version: | -UT1810- |

Case 8:14-cv-00874-CEH-AEP   Document 8-11   Filed 06/25/14   Page 5 of 8 PageID 177
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 75 of 270
Case 1:10-cv-12043-GAO   Document 55-11   Filed 06/13/11   Page 4 of 7

# The Guardaley client transmitted a characteristic bit field

## Facts about the Cease and Desist Letter

**We did not offer or upload.**

Our client neither made an offer not did it upload, since, first, our P2P client informs all other clients that it does not have anything, and, second, the client could not upload anything. We demonstrably (in the complete traffic recordings) did not make a single transfer to this client.

**The Guardaley client only inquired, but neither downloaded, nor sent us anything—ipoque also transferred nothing.**

The clients of the opposing IP always transmit a bit field 010101010101010101… (they thus claim to have every other, and thus 50%, of the files).

Screen shot 1 shows this bit field.

*Note: The screen shot was produced using Wireshark, an available program for the manual analysis of network traffic.*

Case 8:14-cv-00874-CEH-AEP   Document 8-11   Filed 06/25/14   Page 6 of 8 PageID 178
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 76 of 270
Case 1:10-cv-12043-GAO   Document 55-11   Filed 06/13/11   Page 5 of 7

## Screen shot 1: Bit field on the availability of pieces of the opposing client

Exhibit H - 5

Case 8:14-cv-00874-CEH-AEP   Document 8-11   Filed 06/25/14   Page 7 of 8 PageID 179
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 77 of 270
Case 1:10-cv-12043-GAO   Document 55-11   Filed 06/13/11   Page 6 of 7

# At no time and in no direction did a transfer take place

## Facts about the Cease and Desist Letter

**Screen shot 2 is a seamless presentation of the complete occurrence resulting in the cease and desist letter.**

1. It commences with the Handshake (Initiation of contact by the opponent)
2. TCP exchange (confirmation of the Handshake package, has nothing to do with the BitTorrent proceeding) → no BitTorrent transfer or the like takes place here, there is only an exchange to make and terminate the TCP connection
3. Confirmation of the Handshake by us
4. Opponent transmits (apparently falsified) bit field (see note above, Screen shot 1)
5. Our response that we are interested.
6. TCP (Confirmation of the Interested package from the previous step by the opponent)
7. Opponent requests a specific piece (although it knows that we do not have anything, since we sent no bit field — see note above)
8. TCP exchange (Confirmation of the request package by us)
9. Opponent again requests a piece
10. TCP (Confirmation of the request package by us)
11. TCP (Termination by us)
12. TCP (Confirmation by the opponent of the termination)
13. TCP(Termination by the opponent)
14. TCP (Confirmation by us of the termination)

*Note: The screen shot was produced using Wireshark, an available program for the manual analysis of network traffic.*

Case 8:14-cv-00874-CEH-AEP   Document 8-11   Filed 06/25/14   Page 8 of 8 PageID 180
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 78 of 270
Case 1:10-cv-12043-GAO   Document 55-11   Filed 06/13/11   Page 7 of 7

## Screen shot 2: The complete proceeding resulting in the cease and desist letter