# EXHIBIT O

Case 8:14-cv-00874-CEH-AEP Document 8-18 Filed 06/25/14 Page 2 of 23 PageID 244
Case 1:14-cv-00263-RDB Document 10-1 Filed 03/28/14 Page 142 of 270
Case 1:10-cv-00453-RMC -JMF Document 4-2 Filed 03/18/10 Page 1 of 8

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CA. 1:10-cv-00453-RMC |
| DOES 1 – 2,094 | ) ) | |
| Defendants. | ) ) ) | <u>Next Deadline:</u> N/A |

## <u>DECLARATION OF PATRICK ACHACHE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE</u>

I, Patrick Achache, declare:

1. I am Director of Data Services for Guardaley, Limited ("Guardaley"), a company incorporated in England and Wales under company number 06576149, where I have been employed since January of 2007. Guardaley is a leading provider of online anti-piracy services for the motion picture industry. Before my employment with Guardaley, I held various software developer and consultant positions at companies that developed software technologies. I have approximately ten (10) years of experience related to the protocols, technical architecture and operation of the Internet.

2. I submit this declaration in support of Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference. This declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

3. At Guardaley, I am the head of the department that carries out evidence collection and provides litigation support services. I work closely with our development team to create credible techniques to scan for, detect, and download copies of copyrighted material on multiple network protocols for use by copyright owners.

Case 8:14-cv-00874-CEH-AEP   Document 8-18   Filed 06/25/14   Page 3 of 23 PageID 245
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 143 of 270
Case 1:10-cv-00453-RMC -JMF   Document 4-2   Filed 03/18/10   Page 2 of 8

4.   Guardaley has developed a proprietary technology platform that provides an effective means to detect the unauthorized distribution of movies and other audiovisual content and files over online media distribution systems, or "peer-to-peer" ("P2P") networks.   Guardaley's technology enables it to detect and monitor the unlawful transfer and distribution of files amongst the P2P network by a "BitTorrent protocol" or "torrent" which is different than the standard P2P protocol used for such networks as Kazaa and Limewire.  The BitTorrent protocol makes even small computers with low bandwidth capable of participating in large data transfers across a P2P network.  The initial file-provider intentionally elects to share a file with a torrent network.  This initial file is called a "seed".  Other users ("peers") on the network connect to the seed file to download. As yet additional peers request the same file, each additional user becomes a part of the network from where the file can be downloaded.  However, unlike a traditional P2P network, each new file downloader is receiving a different piece of the data from each user who has already downloaded the file that together comprise the whole (this piecemeal system with multiple pieces of data coming from peer members is called a "swarm").  So every downloader is also an uploader.  This means that every "node" or peer user who has a copy of the infringing copyrighted material on a torrent network must necessarily also be a source of download for that infringing file.

5.   This distributed nature of BitTorrent leads to a rapid viral spreading of a file throughout peer users. As more peers join the swarm, the likelihood of a successful download increases. Because of the nature of a BitTorrent protocol, any seed peer who has downloaded a file prior to the time a subsequent peer downloads the same file is automatically a source for the subsequent peer so long as that first seed peer is online at the time the subsequent peer downloads a file. Essentially, because of the nature of the swarm downloads as described above, every infringer is

Exhibit O - 2

Case 8:14-cv-00874-CEH-AEP   Document 8-18   Filed 06/25/14   Page 4 of 23 PageID 246
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 144 of 270
Case 1:10-cv-00453-RMC -JMF   Document 4-2   Filed 03/18/10   Page 3 of 8

*simultaneously* stealing copyrighted material from many ISPs in numerous jurisdictions around the country.

6.   The Plaintiff in this action is producer and distributor of motion pictures.  The Plaintiff engaged the United States Copyright Group to, among other tasks, document evidence of the unauthorized reproduction and distribution of the copyrighted motion picture to which Plaintiff holds the exclusive distribution and licensing rights, *"Far Cry"*, within the United States of America, including the District of Columbia.

7.   USCG, in turn, retained Guardaley to monitor and identify copyright infringement of Plaintiff's copyrighted motion picture on P2P networks.  On behalf of Plaintiff, we engaged in a specific process utilizing Guardaley's specially designed software technology to identify direct infringers of Plaintiff's copyright using BitTorrent protocol on P2P networks.

8.   All of the torrent infringers named as Doe Defendants were identified in one of two ways. We either: (1) searched for files corresponding to Plaintiff's motion picture title *"Far Cry"* and then identified the users who are offering the files for unlawful transfer or distribution; or (2) reviewed server logs obtained from P2P networks to determine the users who were offering the files of this copyrighted movie.  In the first identification method, we used the same core technical processes that are used by the P2P users on each respective network to identify users who are offering the *"Far Cry"* motion picture files on the network, or to directly locate the files of the film.  In the second identification method, we reviewed the same data that would be available to the operator of a server that is part of the P2P network.  Under the first method of identification, any user of a P2P network can obtain the information that is obtained by us from the P2P network.  Under the second method of identification, any operator of a server that is part of the P2P network can obtain the information that is obtained by us from the P2P network.

Exhibit O - 3

Case 8:14-cv-00874-CEH-AEP   Document 8-18   Filed 06/25/14   Page 5 of 23 PageID 247
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 145 of 270
Case 1:10-cv-00453-RMC -JMF   Document 4-2   Filed 03/18/10   Page 4 of 8

9.   Once Guardaley's searching software program identifies a file that is being offered for distribution using BitTorrent protocol that corresponds to the motion picture for which Plaintiff owns the exclusive licensing and distribution rights, *"Far Cry", or* once such a file is identified directly from our search or our review of server logs, we obtain the Internet Protocol ("IP") address of a user offering the file for download.   When available, we also obtain the user's pseudonym or network name and examine the user's publicly available directory on his or her computer for other files that lexically match Plaintiff's motion picture.   We then download the motion picture that the user is offering using BitTorrent Protocol. In addition to the torrent file of the motion picture itself, we download or otherwise collect publicly available information about the network user that is designed to help Plaintiff identify the infringer.   Among other things, we download or record for each file downloaded: (a) the time and date at which the file was distributed by the user; (b) the IP address assigned to each user at the time of infringement; and, in some cases, (c) the video file's metadata (digital data about the file), such as title and file size, that is not part of the actual video content, but that is attached to the digital file and helps identify the content of the file.   We then create evidence logs for each user that store all this information in a central database.

10. An IP address is a unique numerical identifier that is automatically assigned to a user by its Internet Service Provider ("ISP") each time a user logs on to the network.   Each time a subscriber logs on, he or she may be assigned a different IP address unless the user obtains from his/her ISP a static IP address.   ISPs are assigned certain blocks or ranges of IP addresses.   ISPs keep track of the IP addresses assigned to its subscribers at any given moment and retain such "user logs" for a very limited amount of time.   These user logs provide the most accurate means to connect an infringer's identity to its infringing activity.

Exhibit O - 4

Case 8:14-cv-00874-CEH-AEP   Document 8-18   Filed 06/25/14   Page 6 of 23 PageID 248
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 146 of 270
Case 1:10-cv-00453-RMC -JMF   Document 4-2   Filed 03/18/10   Page 5 of 8

11. Although users' IP addresses are not automatically displayed on the P2P networks, any user's IP address is readily identifiable from the packets of data being exchanged.  The exact manner in which we determine a user's IP address varies by P2P network.

12. An infringer's IP address is significant because it is a unique identifier that, along with the date and time of infringement, specifically identifies a particular computer using the Internet. However, the IP address does not enable us to ascertain with certainty the exact physical location of the computer or to determine the infringer's identity.  It only enables us to trace the infringer's access to the Internet to a particular ISP and, in some instances, to a general geographic area. Subscribing to and setting up an account with an ISP is the most common and legitimate way for someone to gain access to the Internet.  An ISP can be a telecommunications service provider such as Verizon, an Internet service provider such as America Online, a cable Internet service provider such as Comcast, or even an entity such as a university that is large enough to establish its own network and link directly to the Internet.

13. Here, the IP addresses Guardaley identified for Plaintiff enable us to determine which ISP was used by each infringer to gain access to the Internet.  Publicly available databases located on the Internet list the IP address ranges assigned to various ISPs.  However, some ISPs lease or otherwise allocate certain of their IP addresses to other unrelated, intermediary ISPs.  Since these ISPs consequently have no direct relationship -- customer, contractual, or otherwise -- with the end-user, they are unable to identify the Doe Defendants through reference to their user logs. The intermediary ISPs' own user logs, however, should permit identification of the Doe Defendants.   We determined that the Doe Defendants here were using those ISPs listed in Exhibit A to the Complaint filed in this matter together with various other ISPs operating both

Exhibit O - 5

Case 8:14-cv-00874-CEH-AEP   Document 8-18   Filed 06/25/14   Page 7 of 23 PageID 249
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 147 of 270
Case 1:10-cv-00453-RMC -JMF   Document 4-2   Filed 03/18/10   Page 6 of 8

within and outside the District of Columbia, to gain access to the Internet and distribute and make available for distribution and copying Plaintiff's copyrighted motion picture.

14. We downloaded the motion picture file and other identifying information described above and created evidence logs for each Doe Defendant.  Once we identified the ISP used by the Doe Defendants to gain access to the Internet from the IP address, USCG sent an e-mail to the relevant contact at each ISP informing them of the Doe Defendant's IP address and the date and time of the infringing activity.  That e-mail message requested that each ISP retain the records necessary to identify its subscriber who was assigned that IP address at that date and time.  Once provided with the IP address, plus the date and time of the infringing activity, the Doe Defendant's ISPs quickly and easily can use their respective subscriber logs to identify the name and address of the ISP subscriber who was assigned that IP address at that date and time.

## Confirmation of Downloaded Material

15. I am also responsible for identifying on-line piracy of motion pictures for Guardaley, including gathering evidence of on-line piracy to support counsel's copyright protection enforcement efforts.

16. As part of my responsibilities at Guardaley, I have been designated to confirm that the digital audiovisual files downloaded by Guardaley are actual copies of the motion picture entitled *"Far Cry"*.  It is possible for digital files to be mislabeled or corrupted; therefore, Guardaley (and accordingly, Plaintiff) does not rely solely on the labels and metadata attached to the files themselves to determine which motion picture is copied in the downloaded file, but also to confirm through a visual comparison between the downloaded file and the motion picture itself.

6

Case 8:14-cv-00874-CEH-AEP   Document 8-18   Filed 06/25/14   Page 8 of 23 PageID 250
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 148 of 270
Case 1:10-cv-00453-RMC -JMF   Document 4-2   Filed 03/18/10   Page 7 of 8

17. As to Plaintiff's copyrighted motion picture entitled *"Far Cry"*, as identified in the Complaint, I or one of my assistants have watched a DVD or VHS copy of the motion picture provided by Plaintiff.  After Guardaley identified the Doe Defendants and downloaded the motion pictures they were distributing, we accessed the downloaded files using Guardaley's proprietary software application, which stores the files downloaded.  We opened the downloaded files, watched them and confirmed that they contain a substantial portion of the motion picture identified in the Complaint.

18. Plaintiff's motion picture entitled *"Far Cry"* continues to be made available for unlawful transfer and distribution using BitTorrent protocol, in violation of Plaintiff's exclusive licensing and distribution rights, and rights in the copyright.  USCG and Guardaley continue to monitor, on an on-going and continuing basis, such unlawful distribution and transfer of Plaintiff's motion picture and to identify infringers by the unique Internet Protocol ("IP") address assigned to them by their respective ISPs on the date and at the time of the infringing activity.

Exhibit O - 7

Case 8:14-cv-00874-CEH-AEP   Document 8-18   Filed 06/25/14   Page 9 of 23 PageID 251
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 149 of 270
Case 1:10-cv-00453-RMC -JMF   Document 4-2   Filed 03/18/10   Page 8 of 8

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 31.12.09 , ____ , at Karlsruhe .

_____

Patrick Achache

# databot economic data - Patrick Achache

**Patrick Achache**
Of Germany in Karlsruhe, DE

| Overview | Investments 1 | 2 companies | Publications 3 | Composition 3 |

## SOGC publications

### SHAB No 42 of 1.3.2011 p. 35 Publ 6.055 million

**BP Equity GmbH,** in Walchwil, CH-170.4.009.565-1 , a limited liability company (SHAB No. 48 of 10.03.2010, p. 21, Publ 5.533,518 )
new. Statutes Amendment 1.28.2011.: Company
**IP Equity GmbH** . translations of the new company: (IP Equity Sarl) (IP Equity Sagl) (IP Equity Co GmbH liab.). New Releases: Releases made to the shareholders by mail, e-mail or fax. [Further modification not requiring publication facts]. [With amendments to the articles of 01.28.2011 was secondary aim of the company changed
**the.]. Registered persons new or mutating**
Bolliger, Stephan , of Zurich, Dietikon, managing director with single signature; Achache, Patrick , a German national, in Karlsruhe (DE), Chairman of the Board, with single signature and shareholders, with single signature, with 200 ordinary shares of CHF 100.00 [previously: in train, managing director with single signature and members with individual signature].

### SHAB No 48, 03.10.2010 p. 21 Publ 5,533,518

**BP Equity GmbH** (BP Equity Sarl) (BP Equity Sagl) (BP Equity Ltd liab co.), In Walchwil, CH-170.4.009.565-1 , Wihelstrasse 9, 6318 Walchwil, limited liability company (new **registration). statutes Date**
02:03 . .2010
**Purpose: To**
fund projects in software and entertainment, and provision of insurance services; whole purpose of description according to
**statutes. Share capital**
20,000 .00. CHF
**Publication organ:**
SHAB. Notices to the shareholders in writing or by e-mail. According to statement by the company on 18/01/2010 under the Company no regular audit and dispense with a limited
**audit. Registered persons**
Achache, Patrick , a German national, in train, managing director with single signature and shareholders, with single signature, with 200 ordinary shares of CHF 100.00.

### SHAB No 196 from 09.10.2009 p. 24 Publ 5,285,866

**Intersda GmbH** (Intersda Sarl) (Intersda Sagl) (Intersda Co Ltd liab.), In Walchwil, CH-170.4.009.208-8 , Wihelstrasse 9, 6318 Walchwil, limited liability company (new **registration). statutes Date**
9/29/2009
**purpose. :**
provision of services in information technology, including advice and support; whole purpose of description according to
**statutes. Share capital**
20,000 .00. CHF
**Publication organ:**
SHAB. Notices to the shareholders in writing or by e-mail. According to corporate statement dated 29.09.2009 under the Company no regular audit and dispense with a limited
**audit. Registered persons**
Achache, Patrick , a German national, in train, managing director with single signature and shareholders, with single signature, with 200 ordinary shares of CHF 100.00.

### Facts

| | |
|---|---|
| **Home** | Germany |
| **Location** | Karlsruhe, DE |
| **GL mandates** | 3 seats |
| **Investments** | CHF 20'000 .00 (1 company) |

Feedback / Error Report

### Location




Werbung


Ihr Partner
für erfolgreiches
Forderungs-
management


Inkasso
im In- und Ausland


Online
Administration über
unsere Webplattform



© 2010-2011 by factor AG

⏸ 03:59 🔋 🕐 ⚡ 📶 ◀ Wed 12:50 PM

◀ ▶ + http://translate.google.com/translate?u=http%3A%2F%2Fswiss-registers.info%2Fcompany_detail.aspx%2FCH17040095651--BP-Equity-GmbH--W ⟳ Q▾ Google

↔ ▢ ▦ Social Justic...) at Discogs  Freeze! You ...– Mobiledia  Miami–Dade ...nformation  Haute-Law.com  The Copyrig... of the USA  Class Action...of Contents  A Tale of Tw...| DuetsBlog ≫

**Google translate** http://swiss-registers.info/company_detail.aspx/CH17040095651--  View: **Translation** | Original

From: Detect language ⬍  To: English ⬍  **Translate**

Active Clie

# swiss-register.ch

> Home
> News
> Business
> People
> Domain
> Contact

AdChoices ▷  ◁ ▷

**Download Google Chrome**
Searching is fast and easy with Google's web browser.
www.google.com/chrome

**Download Games Online**
A New Game Download Every Day! Safe, Secure Online Game Downloads.
www.BigFishGames.com

**Bad Credit Auto Loans**
Zero Money Down, 100% Bank Financed New & Used Cars, Suv's & Trucks
We-Finance-Bad-Credit.com

**Get Private Investors**
2,000 Entrepreneurs Have Raised $1,000,000,000+ With My 'Formula'
Growthink.com/GetPrivateInve...

[Google Benutzerdefinierte Suche]  Search

<u>Equity GmbH BP (BP SA Equity) (Equity Sagl BP) (BP Equity Ltd liab. Co)</u> Walchwil

, 6318 Walchwil

current people / interests

03/01/2011 <u>Patrick Achache</u> German national
03/01/2011 <u>Stephan Bolliger</u> Zurich
10/03/2010 <u>Patrick Achache</u> German national
<u>**all people ...**</u>

**WSJ Online: 4 Weeks Free** Unlimited Access Anytime, Anywhere Subscribe Today & Get 4 Weeks Free! www.WSJ.com
**Pay Car Loan Online** Car Loan Payment Made Easy. Pay W/ Credit Card. No Checks Required! www.ChargeSmart.com
**$1000 Loan Company** Pay Monthly – Limited Time Bad Credit OK – Apply Now! www.eLoanPersonal.com
AdChoices ▷  Web results for

Equity GmbH BP (BP SA Equity) (Equity Sagl BP) (BP Equity Ltd liab. Co)
Web Search

Equity GmbH BP BP BP SA Equity Equity Equity Sagl BP Ltd. liab. Co in CH-170.4.009.565-1 Walchwil Wihelstrasse 9 6318 Walchwil limited liability company ...
Ups on 10/03/2010 - ZG http://www.moneyhouse.ch/shab/2010_048/neugruendungen_ZG.htm

BP Equity GmbH, CH-170.4.009.565-1 Walchwil ... New company IP Equity GmbH. Translations of the new company equity Sàrl IP IP IP Sagl Equity Equity Ltd liab. Co.
Commercial register of 01.03.2011 - I http://www.moneyhouse.ch/shab/2011_042/publikationen_i.htm

All-Tech Services SA in Lutry GmbH CH-550.1.054.222-4 ... BAVERI Financial Services Ltd liab. Co wound up in ... BP Service GmbH Hodi Emmen North Branch ...

1598
**from the Swiss Commercial Register**
last update 03/03/2011 register.ch **swiss-HR-6055000.xml 20,110,301** - New Releases: Notices to the shareholders by mail, e-mail or fax. [Also not change the facts subject to publication]. [With the amendment of Articles of Incorporation was amended 28/1/2011 secondary aim of the society.]. Peoples registration new or modified: Bolliger, Stephan, of Zurich, Dietikon, managing director with single signature; Achache, Patrick, a German national, in Karlsruhe (DE), Chairman of the Board, with single signature and shareholders, with single signature, with 200 ordinary shares to of CHF 100.00 [previously: train, managing director with single signature and members with single signature]. **HR-20100310-5533518.xml** - CH-170.4.009.565-1, Wihelstrasse 9, 6318 Walchwil, limited liability company (new registration). Statutes Date: 02.03.2010. Purpose: To fund projects in the areas of software and entertainment and the provision of insurance services; whole purpose according to paraphrase statutes. Share capital: CHF 20 000.00. Official publication: SOGC. Notices to the shareholders in writing or by e-mail. According to statement by the company on 18/01/2010 under the company is no regular audit and waives a limited audit. Registration: Achache, Patrick, a German national, in train, directors, and shareholders with an electronic signature, with single signature, with 200 ordinary shares of CHF 100.00.

Prev <<                                                                                                                      Next >>

▷
Google offers

The city is what you make of it. Make it affordable.

Sign up now

AdChoices ▷

General Fi
Client Arch
Inquirie
Finance
Resource
Managem
Persona
Exhibit O - 10

IntersDa.com                                                                                                            /11 8:41 AM

Case 8:14-cv-00874-CEH-AEP   Document 8-18   Filed 06/25/14   Page 12 of 23 PageID 254
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 152 of 270


# DomainTools

**Open a FREE Account** | Log in | Help

Enter search term...   [ Whois Search ⬍ ]   Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

**Ads by Google**

**Car Accident Injury Help**
Free Online Injury
Settlement Info &
Fast, Free Evaluation!
www.Personal-Injury-Help.us

**Ask a Lawyer Online Now**
24 Lawyers Are
Online. Current Wait
Time: 14 Minutes.
Law.JustAnswer.com

**Lane's Domains**
Web Hosting, Domain
Transfers E-mails,
Quick Shopping Cart
securepaynet.net

**Find Lawyers - Free**
Free, Confidential
Lawyer Locator. Save
Time - Describe Your
Case Now!
www.LegalMatch.com

**Streaming Hosting**
Get Help With Saving
& Investing. Build A
Strong Financial
Future.
goalbuilder.com

**Multistate Edge Bar Prep**
Start Studying Now!
2800 Questions.
Adaptive Software &
Pass Guarantee.
www.MultistateEdge.om

**Best 10 Web Hosting Sites**
Compare the Top 10
Web Hosting. All offer

## Whois Record For IntersDa.com

Ads by Google

**Top Mesothelioma Law Firm** Nationally Recognized Law Firm. Free Evaluation. Call 888-347-6135 YourMesotheliomaLawFirm.com

**GoDaddy #1 domain names** $7.99 .COM Domains - Save Today Free Hosting, Blogcast, Email, More GoDaddy.com

**Law Office of Alex Nesson** Experienced Representation. Free Initial Consultation! alexnesson.com

**Aframe & Barnhill, P.A.** Facing Bankruptcy? We Can Help. Relief Starts Today. 508-756-6940 www.aframebarnhill.com

**Criminal Defense Help** Know Your Rights, Connect For A Free Criminal Case Review By Lawyer www.TotalCriminalDefense.com

**Whois Record**   Site Profile   Registration   Server Stats   My Whois        Like  · 2K

| | |
|---|---|
| Reverse Whois: | **"InterSDA GmbH" owns about**  **3 other domains** |
| Email Search: | achache@intersda.com  is associated with about **4 domains** |
| | info@webspace-verkauf.de  is associated with about **7,562 domains** |
| Registrar History: | **2 registrars** |
| NS History: | **1 change** on **2** unique name servers over **5** years. |
| IP History: | **4 changes** on **3** unique name servers over **5** years. |
| Whois History: | **67 records** have been archived **since 2007-10-23** . |
| Reverse IP: | **568 other sites** hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere...
right from your own desktop!   **Download Now>**

**You the smart one?** Let us
show you the job you dream of





**You Searched for patrick achache logistep**

**Saint Patrick Medal**
Large Variety. Hard to Find Medals.
10% Off Coupon Code: FATHER10
DiscountCatholicProducts.com/Medals

**Patrick Coupons**
Download And Print Patrick Coupons
(100% Free)
CrispCouponsToday.com

**Patrick Coupons Free**
Get Coupons & Save Up To 90%.
LetsCouponNow.com

**Spongebob Quiz**
What Spongebob Character are you?

```
DOMAIN: INTERSDA.COM

RSP: heXoNet Support GmbH
URL: http://www.hexonet.net/

created-date: 2006-02-14 14:38:33
updated-date: 2010-03-15 10:01:21
registration-expiration-date: 2012-02-14 14:38:33

owner-organization: InterSDA GmbH
owner-name: Patrick Achache
owner-street: Wihelstrasse 9
owner-city: Walchwil
owner-state:
owner-zip: 6318
owner-country: CH
owner-phone: +41.417581082
owner-fax:
owner-email: achache@intersda.com

admin-organization: InterSDA GmbH
admin-name: Patrick Achache
admin-street: Wihelstrasse 9
admin-city: Walchwil
admin-state:
admin-zip: 6318
admin-country: CH
admin-phone: +41.417581082
admin-fax:
admin-email: achache@intersda.com

tech-organization: Webspace-Verkauf.de
tech-name: Markus Thumerer
```

IntersDa.com : Whois.Da4-.com : 4 Re...  DomainTools for Windows® 04/11/2011 8:41 AM

Case 8:14-cv-00874-CEH-AEP   Document 8-18   Filed 06/25/14   Page 13 of 23 PageID 255
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 153 of 270

Free Setup & Domain Name.
www.Top10HostingLis.com

**Domain Name Email Hosting**

From $24.99, Business Plans include 3, 5, 10, 25 & 50 Mailbox Bundles!
www.GetSyncd.com

**Free Govt Support Phones**

Emergencies Happen! Get a Free Phone & 250 Free Minutes.
SafeLinkWireless.com

Take the Quiz and find out!
www.boredquiz.com  Sponsored Results

```
tech-street: Lichtenfelser Strasse 17 a
tech-city: Grub am Forst
tech-state: Bayern
tech-zip: 96271
tech-country: DE
tech-phone: +49.9560981690
tech-fax: +49.95609816929
tech-email:  info@webspace-verkauf.de


billing-organization: Webspace-Verkauf.de
billing-name: Markus Thumerer
billing-street: Lichtenfelser Strasse 17 a
billing-city: Grub am Forst
billing-state: Bayern
billing-zip: 96271
billing-country: DE
billing-phone: +49.9560981690
billing-fax: +49.95609816929
billing-email:  info@webspace-verkauf.de


nameserver: ns1.webspace-verkauf.de
nameserver: ns2.webspace-verkauf.de
nameserver: ns3.webspace-verkauf.de
```


Backup, Access and Stream your Digital Life.
Now get 7GB for free. Get Started.

Memberships    Developer API    About Us    Blog    Desktop Tools    Terms of Service    Privacy    Support    Careers    Contact Us    Site Map

**© 2011 DomainTools, LLC** All rights reserved.





# IP Equity GmbH Profile

Wihelstrasse 9
6318 Walchwil 6318 Zg Switzerland
Phone : +41-417581082

Exhibit O - 13

# WELCOME

Hoover's is the business information resource that delivers a unique combination of up-to-date data, broad coverage, and comprehensive information about companies, decision makers, and industries - along with powerful tools to put this information to work for your business. Hoover's offers everything you need to successfully:

* Identify and evaluate potential sales leads, markets, and business partners
* Deepen relationships with current customers
* Assess competitive risks and eliminate threats
* Build presentation-ready reports and customized lists of companies, industries, and decision makers

Unlike other business information providers, only Hoover's has a full-time, in-house editorial and research team dedicated wholly to investigating, pinpointing, authenticating, and analyzing data to provide the most comprehensive, up-to-date information available on companies, industries, and executives.



# Table of Contents

| Company Overview | 2 |
|---|---|
| Key Information | 2 |
| Key Financials | 2 |
| Key People | 3 |
| People | 3 |
| People | 4 |
| Biographies | 4 |
| Stephan Bolliger | 5 |
| Patrick Achache | 5 |

# Company Overview

Wihelstrasse 9
6318 Walchwil 6318 Zg Switzerland
Phone : +41-417581082

Miscellaneous business credit institution

## Key Information

| | |
|---|---|
| DUNS Number | 485494194 |
| Location Type | Single Location |
| Subsidiary Status | No |
| Manufacturer | No |
| Total Employees | 1 |
| 1-Year Employee Growth | 0.00% |
| Year of Founding or Change in Control | 2010 |
| Primary Industry | 1317:Agricultural Lending |
| Primary SIC Code | 61590100:Agricultural credit institutions |
| Primary NAICS Code | 522293:International Trade Financing |

## Key Financials

| | |
|---|---|
| Fiscal Year-End | December |
| Sales ($ M) | $0.27M |

## Key People

| Name | Title |
|---|---|
| Stephan Bolliger | Managing Director |
| Patrick Achache | |



# People

## Employees

| Title | Name | Age | Salary | Bonus |
|-------|------|-----|--------|-------|
| Managing Director | Stephan Bolliger | | -- | -- |
| | Patrick Achache | | -- | -- |

HOOVERS
A D&B COMPANY

# Biographies

## Stephan Bolliger

**Current Company Titles**

Unknown - Present : Managing Director

## Patrick Achache

**Current Company Titles**

Unknown - Present :



# databot economic data - Patrick Achache

**IP Equity GmbH, Walchwil**
CH-170.4.009.565-1

| Overview | Authorised 2 | Persons 2 | Publications 4 |

## Facts

| | |
|---|---|
| **Status** | Active |
| **Establishing** | 4. March 2010 |
| **Seat** | Walchwil |
| **Legal form** | Limited Liability Company |
| **Capital** | CHF 20'000 |

| | |
|---|---|
| **SOGC News** | 2 |
| **Last Change** | 1. March 2011 |
| **Procuration** | 4 people |

Like    Register to be able to see what your friends like.

Feedback / Error Report

## Address

IP Equity GmbH
Wihelstrasse 9
CH - 6318 Walchwil



### IP Equity GmbH
### Limited liability company in Walchwil

#### Purpose

Financing projects in the areas of software and entertainment, and provision of insurance services; whole purpose description According to the statutes

Werbung


 factor ag
INKASSO

✓ **Ihr Partner**
für erfolgreiches
Forderungs-
management

✓ **Inkasso**
im In- und Ausland

✓ **Online**
Administration über
unsere Webplattform



#### Translation of Company Name

BP Equity Ltd liab. Co
BP Equity Sagl
BP Equity Sàrl
IP equity Ltd liab. Co
IP equity Sagl
IP equity Sàrl

#### Former company name

BP Equity GmbH  in March 2011

#### Management

Patrick Achache from Germany in Karlsruhe, DE
Stephan Bolliger , Zurich Dietikon
Patrick Achache from Germany in Karlsruhe, DE

#### Latest Releases

| | |
|---|---|
| 01. March 2011 | **Reason for Deletion** <br> Company: IP Equity Inc. |
| 10. March 2010 | **Note** <br> According to statement by the company on 18/01/2010 under the Company no regular audit and dispense with a limited audit |

#### Last SOGC News

| | |
|---|---|
| 01. March 2011 | **SHAB No 42 of 1.3.2011 p. 35 Publ 6.055 million** <br> BP Equity GmbH, in Walchwil, CH-170.4.009.565-1 , a limited liability company (SHAB No. 48 of 10.03.2010, p. 21, Publ 5,533,518 ) <br> **new. Statutes Amendment 1.28.2011.: Company** <br> IP Equity GmbH . translations of the new company: (IP Equity Sarl) (IP Equity Sagl) (IP Equity Co Ltd liab.). |

Exhibit O - 19

New Releases: Releases made to the shareholders by mail, e-mail or fax. [Further modification not requiring publication facts]. [With amendments to the articles of 01.28.2011 was secondary aim of the company changed **the.]. Registered persons new or mutating**

Bolliger, Stephan , of Zurich, Dietikon, managing director with single signature; Achache, Patrick , a German national, in Karlsruhe (DE), Chairman of ...

| | |
|---|---|
| 10. March 2010 | **SHAB No 48, 03.10.2010 p. 21 Publ 5,533,518**<br>BP Equity GmbH (BP Equity Sarl) (BP Equity Sagl) (BP Equity Ltd liab co.), In Walchwil, CH-170.4.009.565-1 , Wihelstrasse 9, 6318 Walchwil, limited liability company (new **registration). statutes Date**<br>02:03 . .2010<br>**Purpose: To**<br>fund projects in software and entertainment, and provision of insurance services; whole purpose of description according to<br>**statutes. Share capital**<br>20,000 .00. CHF<br>**Publication organ:**<br>SHAB. Notices to the shareholders in writing or by e-mail. According to statement by the company on 18/01/2010 under the Company no regular audit and dispense with a limited **audit. Registered persons**<br>Achache, Patrick , a German national, in train, managing director with single signature ... |

© 2010-2011 by factor AG

# databot economic data - Patrick Achache



**Patrick Achache**
Of Germany in Karlsruhe, DE

| | |
|---|---|
| **Overview** | **Investments** 1 | 2 companies | Publications 3 | Composition 3 |

### Facts

| | |
|---|---|
| **Home** | Germany |
| **Location** | Karlsruhe, DE |
| **GL mandates** | 3 seats |
| **Investments** | CHF 20'000 .00 (1 company) |

Feedback / Error Report

### Location

## Investments

Werbung

factor ag
INKASSO

✓ **Ihr Partner**
für erfolgreiches
Forderungs-
management

✓ **Inkasso**
im In- und Ausland

✓ **Online**
Administration über
unsere Webplattform

| Company | CH Number | Number | Currency | Amount | From | Up |
|---|---|---|---|---|---|---|
| IP Equity GmbH in Walchwil | CH-170.4.009.565-1 | 200 | CHF | 100.00 | 10. March 2010 | 1. March 2011 |
| Intersda GmbH in Walchwil | CH-170.4.009.208-8 | 200 | CHF | 100.00 | 9. October 2009 | - |

© 2010-2011 by factor AG

Exhibit O - 21

# databot economic data - Patrick Achache

## Patrick Achache
### Of Germany in Karlsruhe, DE

**Facts**

| | |
|---|---|
| **Home** | Germany |
| **Location** | Karlsruhe, DE |
| **GL mandates** | 3 seats |
| **Investments** | CHF 20'000 .00 (1 company) |

Feedback / Error Report

**Location**

Overview | Investments 1 | 2 companies | Publications 3 | Composition 3

## Mandates

Managing Director
Shareholders
CEO
Only current mandates

**Original German text:** Google
Firmen 2
Contribute a better translation

Werbung

| Company | Function | Authorised | From | Up |
|---|---|---|---|---|
| IP Equity GmbH in Walchwil | CEO | Single signature | 1. March 2011 | - |
| IP Equity GmbH in Walchwil | Shareholders | Single signature | 10. March 2010 | - |
| IP Equity GmbH in Walchwil | Managing Director | Single signature | 10. March 2010 | - |
| Intersda GmbH in Walchwil | Shareholders | Single signature | 9. October 2009 | - |
| Intersda GmbH in Walchwil | Managing Director | Single signature | 9. October 2009 | - |

© 2010-2011 by factor AG