# EXHIBIT V

EXHIBIT V

Imprint | Bueroservice24.de    08/02/12 11:53 AM

Case 8:14-cv-00874-CEH-AEP   Document 8-25   Filed 06/25/14   Page 2 of 7 PageID 325
Case 1:14-cv-00263-RDB   Document 10-1   Filed 03/28/14   Page 223 of 270



Telephone counseling    for FREE    **0800 8 885 885**



Telephone-secretariat      Industry Solutions        Business

## Imprint

BSAG Bueroservice24 AG
Überseering 25
22297 Hamburg

Free advice: 0800-8885885

E-mail: info (at) bueroservice24.de
URL: www.bueroservice24.de

Chairman Marcus Polke
Board of Directors: Christian Weber, Kim Barthel
Commercial Register: Amtsgericht Hamburg HRB 112 851
VAT Reg. DE270104172

Tel: 040-600385-0
Fax: 040-600385-130

| Telephone-secretariat | Services | Social Media | Business | Support | TUV tested |
|---|---|---|---|---|---|
| Benefits | Business address | The SME blog | Home | Terms and Conditions | |
| Immediately test | Credit Report | Facebook | Contact | FAQ | |
| Offer Calculator | Industry Solutions | Google + | Cooperation | Privacy Policy | |
| And Price List | | Twitter | Affiliate | Imprint | |
| Entry-level package | | Xing | Press | Lexicon | |
| Standard Package | | | Jobs | Sitemap | |
| Professional Package | | | | | |
| Weekend Package | | | | | |

View  History  Bookmarks  Window  Help
Case 8:14-cv-00874-CEH-AEP  Document 8-25  Filed 06/25/14  Page 3 of 7 PageID 326
Case 2:14-cv-00263-RDB  Document 1-1  Filed 03/28/14  Page 224 of 270
Google Translate
Tue Mar 4  8:55 PM  mepietz





## Eine Geschäftsadresse in Hamburg inklusive eigener Telefonnummer?

Sie sind auf der Suche nach einem Anbieter, der Ihnen eine deutschen Postadresse inklusive deutscher Telefon- und Faxnummer generiert und betreut? Wir helfen Ihnen!

Wir verlegen Ihre Geschäftsadresse an Hamburgs exklusivste Adresse - in die Hermannstraße 9! Das heißt, wir generieren eine Postadresse für Ihr Unternehmen (mit eigenem Namensschild am Eingang) an die Kunden und Geschäftspartner Ihre Post und Pakete senden können. Wir nehmen diese entgegen und senden Sie an Sie weiter. Die Hamburger Adresse schafft Seriosität und Vertrauen bei Ihren Kunden. Gerne bieten wir Ihnen zusätzlich eine Hamburger Telefon- und Faxnummer an, unter der wir Ihre Anrufe unter Ihrem Unternehmensnamen annehmen, sobald Sie bei Ihrem Telefon die Rufumleitung aktivieren.

Ihre neue Geschäftsadresse in der Hamburger Hermannstraße 9, in 20095 können Sie für 84,90 Euro nutzen. Auch hier besteht die Möglichkeit, diese in Verbindung mit einem Telefonservice-Paket zu buchen. So sparen Sie sich eine teure Büromiete und Möblierung und haben eine professionelle Bürovertretung für Ihr Unternehmen! Die Geschäftsadresse Hamburg einfach und zuverlässig nutzen zu können, schätzen unsere Partner: Viele Unternehmen berichten uns stetig die positiven Rückmeldungen Ihrer Kunden auf unseren Telefonservice. Das Gute daran ist, dass diese nicht gemerkt haben, dass sie mit einem externen Telefonsekretariat verbunden wurden.

Wenn sich weitere Fragen ergeben haben oder Sie sich über zusätzliche Leistungen wie den Büroservice oder Bonitätsauskünfte informieren sollen, so melden Sie Bedarf an unter unserer Firmennummer:

040/ 600385 - 4990

Ihr Name:*

Telefonnummer:*

E-Mail:*

* Pflichtfelder

Jetzt Rückruf anfordern!

Folgende Seiten könnten Sie auch interessieren

Büroservice Aachen
Büroservice Berlin
Büroservice Düsseldorf
Büroservice Frankfurt (Main)
Büroservice Hamburg
Büroservice Heidelberg
Büroservice Karlsruhe
Büroservice Kiel
Büroservice Köln



## A business address in Hamburg, including its own phone number?

You are looking for a provider that you generated a German postal address including German telephone and fax number and cared for? We can help!

We publish your business address on Hamburg's most exclusive address - in the Hermann Street 9! That is, we generate a mailing address for your business (with its own name sign at the entrance) to the customers and business partners can send your mail and packages. We accept this and send it on to you. The address in Hamburg creates integrity and trust with your customers. We are happy to offer you a hamburger telephone and fax number in addition, under which we accept your calls to your company name as soon as you activate the diversion on your telephone.

Your new business address in Hamburg Hermann Strasse 9, 20095 in, you can use for 84,90 Euro. Again, there is the possibility this in conjunction with a telephone service to book package. To save yourself an expensive office rent and furniture and have a professional office representation for your business! To use the business address Hamburg simple and reliable, value our partners: Many companies tell us constantly the positive feedback of your customers to our Phone Service. The good thing is that they have not realized that they were connected to an external telephone Secretariat.

Mr. ○ Woman

Your name: *

Telephone number: *

E-Mail: *

* Mandatory fields

Request a Call Now!

The following pages, you might also consider

Secretarial services Aachen

Exhibit V - 2



Nationwide telephone service available and also for your industry "Your industry" see below 03/12/12 11:54 AM



Telephone counseling    for FREE    **0800 8 885 885**

Now two weeks

free test!



**FRAU FREIHE**
Fachgebiet: Therapeuten, Online-Shops
Interessen: Kunst, Literatur

**FRAU VOLLMANN**
Fachgebiet: Immobilienmakler, Versicherungsmakler
Interessen: Hunde

## Immediately test 

Convince yourself personally and quickly in just two minutes from the quality of our services and the professionalism of our technical secretaries and secretaries! The immediate test is completely free and without obligation.

Now start the test immediately

## Personal quote 

In the future, always be reached by phone at attractive rates: Get our no-obligation quote for your personal phone Bueroservice24.de Secretariat.

Get a Quote Now

## Industry Solutions 

Real estate agents, online shops - Exposé shipping, order taking, appointment - every industry has its specific requirements of our professional Telephone-secretariat. Learn more here!



## The advantages of a professional secretariat by telephone Bueroservice24.de for you:

**100%**    **100 percent accessibility:** Optimize your business performance and grow your business through a permanent telephone availability. No call you will get lost!

 **Real-time conversation Note:** Whether you are in a meeting or on vacation. Immediately after the phone call you receive an e-mail, SMS or a fax and can act and react accordingly.

 **Corporate Benefits:** Through our professional answering service will show potential customers and other key audiences professionalism and integrity - and thereby have more time for your business success.

 **Professional answering:** Our professional staff understands your needs and industry characteristics, and knows how to communicate with your callers professionally and success-oriented - in your company name.

 **Flexible rates,** we know that entrepreneurs different demands on a phone have a medium as a company secretary. Therefore we offer to businesses of any size and any industry the right tariff.

 **High German and English guarantees:** As a Hamburg company, we offer you and your callers a perfect High German and English - guaranteed.

Nationwide telephone service & virtual office - Bueroservice24 - Virtual... office secretary and call centers service and nationwide office service 1/13/12 11:54 AM

| Telephone-secretariat | Services | Social Media |
|---|---|---|
| Benefits | Business address | The SME blog |
| Immediately test | Credit Report | Facebook |
| Offer Calculator | Industry Solutions | Google + |
| And Price List | | Twitter |
| Entry-level package | | Xing |
| Standard Package | | |
| Professional Package | | |
| Weekend Package | **Business** | **Support** |
| | Home | Terms and Conditions |
| | Contact | FAQ |
| | Cooperation | Privacy Policy |
| | Affiliate | Imprint |
| | Press | Lexicon |
| | Jobs | Sitemap |

**TUV tested**



Germany's largest office survey showed that poor telephone accessibility has a negative effect on customer relationships.

We are here for you - if you are not there - and beyond!

Our professional and nationwide phone service is the core competence of our company. In addition, we offer additional services, secretarial services - even in multiple languages - for business customers. We guarantee our customers a reliable business and personal secretarial services. With modern communication technology and trained professionals, we enable your company secretaries constantly available to your customers and business partners for support as well as vacation and sick leave. With an inexpensive and attractive pricing model, we help you reduce your fixed costs. In addition to an affordable fee, you pay only for services actually provided and verifiable.

Bueroservice24.de also offers you an exclusive business address in Hamburg. Find out about our Hamburg business addresses .

Take advantage of our service Services for your business or yourself and contact us today so that we are there for your customers if it can not be themselves.

If you have further questions about the telephone office, the credit information or other products? Perhaps you can find in our FAQs that answer.

We thank the many customers who are already our telephone service or office service.