# EXHIBIT Y

EXHIBIT Y



Morgan Pietz <morganpietz@gmail.com>

---

## Malibu Media v. Doe 8:13-cv-3024; MD109

**Jon Hoppe** <JHoppe@mhhhlawfirm.com>　　　　　　　　　　　　　　　Thu, Mar 6, 2014 at 8:28 PM
To: morganpietz@gmail.com

Morgan,

Our investigation on this case has revealed that your client may be living with roommates who could be responsible for the infringement. This is why we intended to schedule the deposition. The same might very well have led to the need to move for leave to depose one or more of your client's roommates. Unfortunately, looking at the calendar for this case, our client is up against its second Rule 4(m) deadline to serve the Summons and Complaint. From my experience, Maryland judges have not always been amenable to multiple extensions of the Rule 4(m) deadline. And in this case, I can't see us agreeing on a protective order for my client (who will not hand over confidential information about its contracts without one), providing you declarations, contracts, and other information, and getting through the depositions in any sort of timely fashion that would allow us to proceed and serve reasonably quickly.

For that reason, instead of continuing on and accruing more attorney's fees on this case only for it to be dismissed for failure to serve in time, my client has dismissed the case. Please be aware that in the future, my client plans on resolving these issues with you and your clients in a timely fashion and will proceed. Unfortunately in this case the timing was against us.

Very truly yours,

Jon A. Hoppe, Esquire
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580 (ph.)
(301) 341-5727 (fax)

---

```
The information contained in this electronic message is attorney privileged and
confidential information intended only for the use of the individual or entity
named above. If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution or copy of this
communication is strictly prohibited. If you have received this communication
in error, please immediately notify the sender by telephone at the number
printed above and return the original to the sender at the address printed
above via electronic mail. Thank you.
```